*Law Office of*

# LAURA A. ELLIS

*80 Broadway*

*Amityville, New York 11701*

Tel (631) 210-4197

LauraEllis@Amityville-Law.com

February 3, 2020

VIA ECF ONLY
Hon. Robert E. Grossman
United States Bankruptcy Judge
United States Bankruptcy Court
290 Federal Plaza
Central Islip, New York 11722

Re:    William and Catherine Haupt, Chapter 13 Case No.18-76577

Dear Judge Grossman:

Please allow this letter to serve as notice that the debtors are requesting withdrawal of the Motion To Approve Modification of a Confirmed Plan [dkt 25].  This motion was returnable on January 23, 2020, and adjourned without hearing to March 5, 2020.

Respectfully,

*S/Laura A. Ellis*

Laura A. Ellis

LAE:kle