*Law Office of*
# LAURA A. ELLIS
*80 Broadway*

*Amityville, New York 11701*
Tel (631) 210-4197
LauraEllis@Amityville-Law.com

February 18, 2020

<u>VIA ECF ONLY</u>
Hon. Robert E. Grossman
United States Bankruptcy Judge
United States Bankruptcy Court
290 Federal Plaza
Central Islip, New York 11722

Re:   William and Catherine Haupt, Chapter 13 Case No. 18-76577

Dear Judge Grossman:

Please allow this letter to serve as notice that the Chapter 13 Trustee's motion to dismiss [dkt 31] scheduled to be heard on February 20, 2020 has been adjourned to March 5, 2020 at 11:00 a.m.

                 Respectfully,

                 *S/Laura A. Ellis*

                 Laura A. Ellis

LAE:kle