Michael J. Macco
Chapter 13 Trustee
2950 Express Drive South, Suite 109
Islandia, NY   11749

*This Order relates to a hearing*
*on March 5, 2020*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
In re:                                    **tmm1634**

                                                                                                                                       CHAPTER 13

WILLIAM A. HAUPT

                                                        CASE NO. 18-76577-736

CATHERINE   HAUPT

                         Debtor(s).                **ORDER**
-----------------------------------------------------X

Upon the application and motion of the Trustee to determine whether the petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code should be dismissed, and same having come on to be heard before the Honorable Robert E. Grossman on the 5th day of MARCH, 2020, and Michael J. Macco, Chapter 13 Trustee, having appeared in support of the motion, and it appearing to the satisfaction of the Court that the best interests of creditors and the estate require this case be dismissed, and that sufficient cause has been shown, it is

      **ORDERED**, that pursuant to the provisions of 11 U.S.C. §1307(c), the above referenced Chapter 13 case is hereby dismissed.



**Dated: Central Islip, New York**
       **March 18, 2020**

                                                   **Robert E. Grossman**
                                      **United States Bankruptcy Judge**